LF 1007-2 (8/18)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

## Address Change Form

| Debtor(s) Name: Arthur Daniel & Tiffany Lynn Brossoit | Case Number: 19-00989-FPC7 |
|---|---|

❖ **Debtors** – is this change for: Debtor ☐ Joint Debtor ☐ Both ☐

❖ **Debtors** – is debtor a DeBN participant? Yes ☐ No ☐

❖ **Creditors** – is this change for: Noticing Address ☐ Payment Address ☐ Both ☒

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| (Name) | Lithia Auto Stores<br>(Name) |
| (Address) | (Address) |
| (City)　　　　(State) (Zip) | (City)　　　　(State) (Zip) |

**ECF Filers: You must update creditor names and addresses in creditor maintenance upon the filing of this document.**

　　　　　　　　　　　　　　　　　　　　**s/ Kevin O'Rourke**
　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　7/2/19
　　　　　　　　　　　　　　　　　　　　Date

ADDRESS CHANGE FORM - 1

19-00989-FPC7　　Doc 25-1　　Filed 07/02/19　　Entered 07/02/19 11:32:55　　Pg 1 of 1